# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1180

_____

DAVEN BOWDEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 24, 2024

PER CURIAM.

DISMISSED.

B.L. THOMAS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daven Bowden, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.